FILED

07/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0156

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0156

_____

IN THE MATTER OF THE ESTATE OF

RONALD GLEN KEMMER,                                              O R D E R

    Deceased.


_____


Pursuant to Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until August 3, 2023, to file the reply brief.

No further extensions will be granted.


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 19 2023